# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Gretchen Lehde, et al. v. Bayer Pharma AG, et al.* | No. 13-cv-10862-DRH |
| *Latasha McClellan, et al. v. Bayer Pharma AG, et al.* | No. 13-cv-10857-DRH |
| *Kathleen Ring, et al. v. Bayer Pharma AG, et al.* | No. 13-cv-10861-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations filed on August 3, 2016, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

BY:__/s/*Caitlin Fischer*__
**Deputy Clerk**

Judge Herndon
2016.08.05
14:33:34 -05'00'

APPROVED:
                DISTRICT JUDGE
                U. S. DISTRICT COURT